**BRYAN CAVE LLP**
Robert Padway, California Bar No. 48439
Berrie R. Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: robert.padway@bryancave.com
berrie.goldman@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200
Email: reboone@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
MORTGAGE ELECTRONIC INFORMATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

WENCESLAO BOJORQUEZ,

Plaintiff,

v.

MARTHA GUTIERREZ, MIGUEL GUTIERREZ, JOMICA REAL ESTATE INVESTMENT GROUP, INC., MARIN 1 REAL ESTATE, INC., REALTYCOMP.COM-SAN FRANCISCO, TJOMAN BUDITALISM, DOCUMENTS SYSTEMS, INC., OWNIT MORTGAGE SOLUTIONS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCWEN LOAN SERVICING, LLC, COUNTRYWIDE HOME LOANS, INC., LITTON LOAN SERVICING LP, MORTGAGE SERVICES, INC., SPECIALIZED LOAN SERVICING LLC, CHICAGO TITLE COMPANY and CINDY BOUNVILLE,

Defendants.

Case No. 3:09-cv-03684-SI

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COUNTRYWIDE HOME LOANS, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO RESPOND TO COMPLAINT**

Counsel for Plaintiff WENCESLAO BOJORQUEZ ("Plaintiff"), and counsel for defendants COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants") submit this stipulation and proposed order relating to the operative complaint in this case:

WHEREAS, Plaintiff filed a Complaint in this action on August 12, 2009;

WHEREAS, Defendants executed a Waiver of Service of Summons dated August 27, 2009;

WHEREAS, the parties previously stipulated to an initial 30-day extension of time for Defendants to respond to the Complaint until November 25, 2009;

WHEREAS, Plaintiff and Defendants are actively engaged in early settlement discussions;

WHEREAS, Plaintiff and Defendants agree that judicial economy and the interests of the parties in avoiding unnecessary expenses would be best served and promoted by extending the time required for Defendants to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants that the time required for Defendants to respond to Plaintiff's Complaint shall be extended by an additional 20 days, and Defendants shall file their response no later than December 15, 2009. Defendants shall notice any hearing on a Motion to Dismiss for February 5, 2010, in accordance with this Court's instruction. This Stipulation will not affect the schedule for the case.

///

///

///

///

///

///

///

Dated: November 23, 2009

**BRYAN CAVE LLP**
Robert A. Padway, Esq.
Berrie R. Goldman, Esq.

By: /s/ Berrie R. Goldman
Berrie R. Goldman
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, and BANK OF AMERICA

Dated: November 23, 2009

By: /s/ Antonio Cortés
Antonio Cortés, SBN 142356
Attorney for Plaintiff
WENCESLAO BOJORQUEZ

**[PROPOSED] ORDER**

Having reviewed the Stipulation of Plaintiff WENCESLAO BOJORQUEZ, and Defendants COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants"), and good cause appearing, IT IS ORDERED THAT Defendants shall have an additional 20 days in which to file a response to Plaintiff's Complaint. Defendants shall respond no later than December 15, 2009.

Dated: ___________

~~Magistrate~~ Judge
United States District Court
Northern District of California