Law Offices of
**HERMAN THORDSEN**
Griffin Towers
6 Hutton Centre Drive
Suite 1040
Santa Ana, CA 92707
714.662.4990   310.277.4254
http://www.lendinglaw.com

Herman Thordsen
Jozef Magyar
Jeffrey Shih

October 20, 2009

Antonio L. Cortes
Attorney at Law
528 Wisteria Way
San Rafael, CA 94903

Re:   Bojorquez v. Gutierrez: Civil Case No. C 09-3684-SI; United States District Court for the Northern District of California
      Our Client:   Realtycomp.com

Dear Mr. Cortes:

On October 16, 2009, Realtycomp.com filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code. The case number is 09-33182.

Under 11 U.S.C. Section 362 (a), you may not:

- take any action against the debtor or the debtor's property to collect any debt;
- enforce any lien on debtor's real or personal property;
- repossess any property in debtor's possession;
- discontinue any service or benefit currently being provided to the debtor by you;
- take any action to evict the debtor from his/her residential dwelling.

A violation of these prohibitions may be considered contempt of court and punished accordingly.

Very Truly Yours,

Law Offices of Herman Thordsen

By: _____
    Jozef G. Magyar, Esq.

cc:   client