ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiffs
Wenceslao Bojorquez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO BOJORQUEZ, | CASE NO.  CV 09-3684 SI |
| Plaintiff, | **STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARTHA GUTIERREZ, *et al.,* | |
| Defendants. | L.R. 7-12 |
| | Judge:  Honorable Susan Illston |

## RECITALS

WHEREAS, Plaintiff's counsel has a three-week trial before Judge Ware in this district that was scheduled prior to the April 16, 2010, 2:30 pm, Case Management Conference in this case and conflicts with it;

WHEREAS, that trial is scheduled to be completed April 23, 2010; and

WHEREAS the parties have agreed to continue the April 16, 2010 2:30 pm Case Management Conference to a date convenient to the Court after  April 23, 2010,

## STIPULATION

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1

**STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT CONFERENCE**

1           IT IS HEREBY STIPULATED AND AGREED by and among the parties

2  who have appeared in this action and have not been dismissed from it that the April 16,

3  2010 2:30 pm Case Management Conference shall be continued to a date convenient to the

4  Court after  April 23, 2010.

5

6  DATED:  February 18, 2010

7                                   _____/s/_____

                                      Antonio L. Cortés

8                                    Attorney for Plaintiff Wenceslao Bojorquez

9  DATED:  February 19, 2010          CARLSON LAW GROUP, INC.

10

11                                By: _____/s/_____

12                                  Roger G. Honey,

                                  Attorneys for Martha Gutierrez and Marin

13                                  1 Real Estate

14  DATED:  March 3, 2010             THE RYAN FIRM

                                  A Professional Corporation

15

16                                By: _____/s/_____

17                                  Timothy Ryan

                                  Attorneys for Specialized Loan Servicing,

18                                LLC

19  DATED:  February 26

20                                A Professional Corporation

21                                By: _____/s/_____

22                                   Brent A. Kramer,

                                  Attorneys for Ocwen Loan Servicing, LLC

23  DATED:  February 26, 2010        SEVERSON & WERSON

                                  A Professional Corporation

24

25                                By: _____/s/_____

26                                  Erik Wayne Kemp, Attorney for Litton

                                  Loan Servicing LP

27

28

**STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT CONFERENCE**

DATED:  February 16, 2010

JEFFERY S. NELSON
Litigation Counsel
Fidelity National Financial, Inc.

_____/s/_____
Attorney for Chicago Title Company

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  _____, 2010

_____
Susan Illston, United States District Judge

**STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT
CONFERENCE**