ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiffs
Wenceslao Bojorquez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO BOJORQUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTHA GUTIERREZ, *et al.*,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV 09-3684 SI<br><br>**STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT CONFERENCE**<br><br>L.R. 7-12<br><br>Judge: Honorable Susan Illston |

## **RECITALS**

WHEREAS, Plaintiff's counsel has a three-week trial before Judge Ware in this district that was scheduled prior to the April 16, 2010, 2:30 pm, Case Management Conference in this case and conflicts with it;

WHEREAS, that trial is scheduled to be completed April 23, 2010; and

WHEREAS the parties have agreed to continue the April 16, 2010 2:30 pm Case Management Conference to a date convenient to the Court after April 23, 2010,

## **STIPULATION**

**STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED by and among the parties who have appeared in this action and have not been dismissed from it that the April 16, 2010 2:30 pm Case Management Conference shall be continued to a date convenient to the Court after April 23, 2010.

DATED: February 18, 2010

                                                    _____/s/_____
                                                  Antonio L. Cortés
                                                  Attorney for Plaintiff Wenceslao Bojorquez

DATED: February 19, 2010         CARLSON LAW GROUP, INC.


By: _____/s/_____
    Roger G. Honey,
    Attorneys for Martha Gutierrez and Marin 1 Real Estate

DATED: March 3, 2010            THE RYAN FIRM
                                                  A Professional Corporation


By: _____/s/_____
    Timothy Ryan
    Attorneys for Specialized Loan Servicing, LLC

DATED: February 26
                                                  A Professional Corporation


By: _____/s/_____
    Brent A. Kramer,
    Attorneys for Ocwen Loan Servicing, LLC

DATED: February 26, 2010        SEVERSON & WERSON
                                                  A Professional Corporation


By: _____/s/_____
    Erik Wayne Kemp, Attorney for Litton Loan Servicing LP

**STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT CONFERENCE**

DATED: February 16, 2010        JEFFERY S. NELSON
                                Litigation Counsel
                                Fidelity National Financial, Inc.

                        _____/s/_____
                        Attorney for Chicago Title Company

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

  The case management conference has been continued to Friday, April 30, 2010, at 2:30 p.m.

DATED: _____, 2010

_____
Susan Illston, United States District Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3

**STIPULATION RE CONTINUANCE OF APRIL 16, 2010 CASE MANAGEMENT CONFERENCE**