REGINA J. McCLENDON (State Bar No. 184669)
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
LITTON LOAN SERVICING LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO BOJORQUEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARTHA GUTIERREZ, MIGUEL GUTIERREZ, JOMICA REAL ESTATE INVESTMENT GROUP, INC., MARIN 1 REAL ESTATE, INC., REALTYCOMP.COM-SAN FRANCISCO, TJOMAN BUDITASLIM, DOCUMENT SYSTEMS, INC., OWNIT MORTGAGE SOLUTIONS, INC., ~~MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,~~ OCWEN LOAN SERVICING, LLC, ~~COUNTRYWIDE HOME LOANS, INC.,~~ LITTON LOAN SERVICING LP, MORTGAGE SERVICES, INC., SPECIALIZED LOAN SERVICING, LLC, CHICAGO TITLE COMPANY, and CINDY BOUNVILLE,<br><br>        Defendants. | Case No.: CV 09-3684-SI<br><br>**NOTICE OF SETTLEMENT BETWEEN LITTON LOAN SERVICING LP AND PLAINTIFF WENCESLAO BOJORQUEZ** |

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Litton Loan Servicing LP and plaintiff Wenceslao Bojorquez have agreed to a settlement of the above-entitled action.

---

15303/0047/796437.1

Notice of Settlement
Case No.: CV 09-3684

1  Litton withdraws without prejudice its motion to dismiss plaintiff's first amended
2  complaint, currently set for March 19, 2010, and requests that the hearing on that motion be taken
3  off calendar.
4  After the settlement agreement is finalized and fully executed, the parties expect to file a
5  stipulation for dismissal as to Litton with prejudice.

DATED: March 11, 2010

SEVERSON & WERSON
A Professional Corporation

By: /s/ *Erik Kemp*
      Erik Kemp

Attorneys for Defendant
LITTON LOAN SERVICING LP



IT IS SO ORDERED
Judge Susan Illston