ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiffs
Wenceslao Bojorquez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO BOJORQUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>MARTHA GUTIERREZ, *et al.*,<br><br>        Defendants.<br>_____ | CASE NO. CV 09-3684 SI<br><br>**STIPULATION RE CONTINUANCE OF APRIL 29, 2010 CASE MANAGEMENT CONFERENCE**<br><br>L.R. 7-12<br><br>Judge: Honorable Susan Illston |

## **RECITALS**

WHEREAS, Plaintiff's counsel has previously sought, received, and been grateful for a continuance of the Case Management Conference previously set for April 16, 2010, 2:30 pm, due to his need to appear at a three-week trial before Judge Ware in this district on that date;

WHEREAS, the Case Management Conference is now set for April 29, 2010 at 2:30 pm;

WHEREAS, Judge Ware has had to reschedule that same trial to full days at a later time and it is now set to commence on April 27, 2010 and to end on May 7, 2010;

1

**STIPULATION RE CONTINUANCE OF APRIL 29, 2010 CASE MANAGEMENT CONFERENCE**

WHEREAS, although Plaintiff's counsel would normally ask Judge Ware, as the second judge to schedule a conflicting appearance at a given time, Judge Ware's trial requires the attendance of multiple witnesses, counsel from Southern California, and expert and other witnesses from other states, making it difficult to reschedule;

WHEREAS the parties in this case have agreed to continue the April 29, 2010, 2:30 pm Case Management Conference to a date convenient to the Court after May 7, 2010,

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and among the parties who have appeared in this action and have not been dismissed from it that the April 29, 2010 2:30 pm Case Management Conference shall be continued to a date convenient to the Court after May 7, 2010.

DATED: April 2, 2010

_____/s/_____
Antonio L. Cortés
Attorney for Plaintiff Wenceslao Bojorquez

DATED: April 6, 2010          CARLSON LAW GROUP, INC.

By: _____/s/_____
Roger G. Honey,
Attorneys for Martha Gutierrez and Marin 1 Real Estate

DATED: April 2, 2010          THE RYAN FIRM
A Professional Corporation

By: _____/s/_____
Timothy Ryan, Attorneys for Specialized Loan Servicing, LLC

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
**STIPULATION RE CONTINUANCE OF APRIL 29, 2010 CASE MANAGEMENT CONFERENCE**

| | | |
|---|---|---|
| DATED: April 2, 2010 | | HOUSER & ALLISON<br>A Professional Corporation |

By: _____/s/_____
   Brent A. Kramer,
   Attorneys for Ocwen Loan Servicing, LLC

DATED: April 6, 2010          SEVERSON & WERSON
                                       A Professional Corporation

By: _____/s/_____
   Regina J. McClendon, Attorney for Litton
   Loan Servicing LP

DATED: April 5, 2010          JEFFERY S. NELSON
                                       Litigation Counsel
                                       Fidelity National Financial, Inc.

_____/s/_____
Attorney for Chicago Title Company

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The April 29, 2010 Case Management Conference is continued until _____, 2010 at _____m.

DATED: _____, 2010

_____
Susan Illston, United States District Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919