| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WENCESLAO BOJORQUEZ, | ) | CASE NO. CV 09-3684 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT CHICAGO TITLE COMPANY |
| v. | ) | |
| MARTHA GUTIERREZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 55(c), Defendant Chicago Title Company and Plaintiff Wenceslao Bojorquez, by and through their attorneys of record, stipulate as follows:

1. That plaintiff's Request for Entry of Default of Chicago Title Company, filed on May 26, 2010 and the Clerk's Notice of Entry of Default as to Chicago Title Company, entered on May 28, 2010, are to be set aside.

2. That Chicago Title Company's response to plaintiff's second amended complaint is to be filed with the court by the later of June 16, 2010 or one day following the execution of the attached Order.

1

**STIPULATION AND ORDER TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT CHICAGO TITLE COMPANY**

DATED: June 7, 2010

_____/s/_____
Jeffrey S. Nelson,
Counsel for Chicago Title Company

I certify that the following signature of Plaintiff's Counsel was added by me with his permission.

_____/s/_____
Jeffrey S. Nelson
Counsel for Chicago Title Company

DATED: June 7, 2010    _____/s/_____,
Antonio L. Cortes,
Counsel for Plaintiff

### ORDER

Based on review of the Stipulation of the parties, the records and files in this action, and good cause appearing therefrom, the Court orders that the Request for Entry of Default of Chicago Title Company filed on May 26, 2010 and the Clerk's Notice of Entry of Default as to Chicago Title Company entered on May 28, 2010 are set aside. Chicago Title Company's responsive pleading is to be filed and served by June 16, 2010, or one day after the signing of this Order, whichever is later.

IT IS SO ORDERED.

DATED: _____, 2010    *Susan Illston* (signature)
_____
Susan Illston,
United States District Judge

**STIPULATION AND ORDER TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT CHICAGO TITLE COMPANY**