IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO BOJORQUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTHA GUTIERREZ,<br><br>　　　　　Defendant.<br>_____/ | No. C 09-03684 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 3, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 16, 2010.

DESIGNATION OF EXPERTS: 12/7/10; REBUTTAL: 12/21/10.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by February 4, 2011;

　　Opp. Due February 18, 2011  Reply Due February 25, 2011

　　 and set for hearing no later than March 11, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 10, 2011 at 3:30 PM.

 JURY TRIAL DATE: MAY 23, 2010 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
A new ADR conference shall occur when all the parties are in the case some time in early July 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge