UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WENCESLAO BOJORQUEZ,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTHA GUTIERREZ, et al.,<br>　　　　Defendants.<br>_____/ | No. C 09-3684 SI<br><br>**ORDER DENYING REQUEST FOR DEFENDANTS' INSURER REPRESENTATIVE TO ATTEND THE ENE TELEPHONICALLY**<br><br>Date:　　November 1, 2010<br>Mediator:　James Fleming |

　　IT IS HEREBY ORDERED that the request for defendants' insurer representative, Greg Johnson, to be excused from personally attending the November 1, 2010 ENE session before James Fleming is DENIED.  Mr. Johnson shall attend the session in person.

　　IT IS SO ORDERED.

October 29, 2010　　　　　　　By:　　_/s/ Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge