1  ANTONIO L. CORTÉS
   Attorney at Law
2  Bar No. 142356
3  528 Wisteria Way
   San Rafael, California 94903
4  Tel: 415-256-1911
   Fax: 415-256-1919
5
6  Attorney for Plaintiff
   Wenceslao Bojorquez
7
8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9

10  WENCESLAO BOJORQUEZ,          )  CASE NO.  CV 09-3684 SI
                                  )
11                    Plaintiff,  )  **STIPULATED JOINT REQUEST**
                                  )  **FOR ENLARGEMENT OF**
12           v.                   )  **DISCOVERY; [PROPOSED]**
                                  )  **ORDER**
13  MARTHA GUTIERREZ, *et al.,*   )
                                  )
14                                )  Judge:  Honorable Susan Illston
                    Defendants.   )
15                                )  Complaint filed:  August 12, 2009
                                  )
16  _____ )

17

18          The undersigned counsel jointly request this honorable Court to continue,

19  until January 7, 2010, the time within which to complete non-expert discovery.

20          Good cause for the requested continuance exists in that:  (1) the Early

21  Neutral Evaluation session, completed November 1, 2010, did not result in settlement, in

22  large part due to divergent factual contentions that are likely to be resolved through further

23  discovery; (2) as discussed at the last Case Management Conference the Early Neutral

24  Evaluation process was delayed without fault of the parties; (3) as discussed at the last Case

25  Management Conference the parties, in the interest of economical litigation, had desired to

26

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919
27

28
                                         1
    STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

defer some discovery proceedings, including but not limited to more costly proceedings such as depositions and third-party discovery, until after hearing the Neutral's evaluation and discovery recommendations and attempting to settle the matter with the Neutral's assistance.  The parties would like to remind the Court that it had indicated at the last Case Management Conference that the parties should request more time for discovery if necessary.

DATED:  November 12, 2010

_____/s/_____
Antonio L. Cortes
Counsel for Plaintiff


DATED:  November 12, 2010          CARLSON LAW GROUP, INC.

by _____/s/_____,
Roger G. Honey, Counsel for Martha Gutierrez
and Marin 1 Real Estate


DATED:  November 12, 2010          HOUSER & ALLISON, APC

by_____/s/_____
Brent A. Kramer, Counsel for Ocwen Loan
Servicing LLC


Attorney Attestation

        Pursuant to General Order 45, I attest that I obtained the concurrence of the other signatories to this e-filed document before filing it.

DATED:  November 12, 2010

_____/s/_____
Antonio L. Cortes

**[PROPOSED] ORDER**

STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The foregoing parties having jointly requested to continue, until January 7, 2010, the time within which to complete non-expert discovery, and good cause appearing therefore, it is hereby

ORDERED, that the time within which to complete non-expert discovery is continued until January 7, 2010.

SO ORDERED

Date: _____

_____
Susan Illston
United States District Judge

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3

STIPULATED JOINT REQUEST FOR CONTINUANCE; [PROPOSED] ORDER