IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENCESLAO BOJORQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTHA GUTIERREZ, *et al.*<br><br>    Defendant.<br>                                       / | No. C 09-03684 SI<br><br>**ORDER DISMISSING CASE** |

On March 11, 2012, the Court entered default judgment against the only remaining defendants in this case: Miguel Gutierrez, Ownit Mortgage Solutions, Inc., and DocMagic, Inc. *See* Dkt. 131. On August 2, 2012, the Court granted defendant DocMagic, Inc.'s motion to set aside the default judgment entered against it. The August 2, 2012 Order re-opened the case against DocMagic, Inc. only. On August 24, 2011, plaintiff Wenceslao Bojorquez filed a Notice of Voluntary Dismissal, informing the Court that he is voluntarily dismissing DocMagic, Inc. from this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(I).

The only defendant, DocMagic, Inc., having been dismissed from the case, the Court hereby DISMISSES this action. The September 29, 2012 Case Management Conference is VACATED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 28, 2012

SUSAN ILLSTON
United States District Judge